UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOLT ELECTRIC NYC CORP.,

                Plaintiff,

-v-

AMIT PATEL, GLENN HERTZBERG, and
PAUL YINGLING,

                Defendants.

21 Civ. 1743 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    This case, which was filed on February 27, 2021, has been transferred to this Court as related to *Volt Electric NYC Corp. v. A.M.E. Inc. et al.*, No. 20 Civ. 4185 (S.D.N.Y.).

    In light of the relatedness and the late date at which the case was filed, the Court assumes that no further discovery or minimal discovery will be needed. Counsel are directed to immediately to confer on this point and to propose forthwith a case management plan anticipating the completion of any supplemental fact discovery within four weeks.

    SO ORDERED.

                                            *Paul A. Engelmayer*
                                            Paul A. Engelmayer
                                            United States District Judge

Dated: April 26, 2021
       New York, New York