# Silverberg P.C.

320 Carleton Ave., Suite 6400, Central Islip, New York 11722
Phone: 631-778-6077
www.silverbergpclaw.com

KARL SILVERBERG
ksilverberg@silverbergpclaw.com

July 8, 2021

**VIA ECF**

Hon. Paul A. Engelmayer, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

<div style="margin-left: 2em;">

**Re:**      *Volt Electric NYC Corp. v. A.M.E. Inc. and Patel*
               **SDNY 20-CV-04185-PAE**
               **SDNY 21-CV-2986-PAE**
               **SDNY 21-CV-1743-PAE**

**Sub-Re:**     **Request Additional Time to File Summary Judgment Motion**

</div>

Dear Hon. Judge Engelmayer,

Silverberg P.C. represents Volt Electric NYC Corp. ("Volt"), Jimmy Branna, Elite Consulting LLC, and John Kempf in the above noted cases. The Court set Friday, July 9, 2021, as the date for Silverberg P.C. to file summary judgment motion papers in the above noted cases. (See Electronic Filing of May 3, 2021.) Due to scheduling issues, I would like to request three extra days to Monday, July 12th, to file the motion papers. Opposing counsel has consented to this request.

<div style="margin-left: 10em;">

Very Truly Yours,

/s/ Karl Silverberg

Karl Silverberg

</div>

cc via ECF: Danielle Cohen, Esq., Tesser & Cohen, *Attorneys for Defendants AME and Patel*

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

July 9, 2021