# Joint Letter

April 28, 2022

Hon. Paul A. Engelmayer, US Dist. Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:     *Volt Electric NYC Corp. v. A.M.E. Inc. et al.,* **SDNY 20-cv-04185-PAE**
               *Volt Electric NYC Corp. v. Amit Patel et al.*, **SDNY21-cv-01743-PAE**
               *A.M.E INC v. Elite Consulting LLC et al.*, **21-cv-02986-PAE**
      Sub-Re:    **Request For Second Extension of Time to Submit Pre-Trial Order**

Dear Hon. Paul A. Engelmayer,

    The parties' Joint Pretrial Order is due on May 2, 2022. The parties jointly request additional time to submit the Joint Pretrial Order to May 9, 2022. This is the second request for an adjournment. The parties note that there is an in-person pretrial conference scheduled for May 11, 2022.

    **/s/ Karl Judah Silverberg**
    Silverberg P.C.
    320 Carleton., Ave 6400
    Central Islip, NY 11722
    *Attorney for Plaintiff Volt Electric*

    **/s/ Danielle Elizabeth Cohen**
    Tesser & Cohen
    946 Main Street
    Hackensack, NJ 07601
    *Attorneys for Defendants AME and Patel*

Granted. The deadline to submit any motion *in limine* is also extended to May 9, 2022; oppositions to such motions are due May 16, 2022. The final pretrial conference is adjourned and rescheduled to June 2, 2022, at 2 p.m. The conference will remain in Courtroom 1305 of the Thurgood Marshall Courthouse. SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
4/29/2022